2:02-CV-193

United States District
Court, For the District of Vermont

Robert E Zaen
Plaintiff

VS.   Rutland County Superior
Court

Judge P. Zimmerman,

State of Vermont
(Defendants) Et Al.

I Robert E Zaen Plaintiff am a Resident
of Rutland County Residing at 652
South St, Middletown Springs Vermont
05757.

The Defendants Address.
is: Rutland County Superior Court
Rutland County, 83 Center
Street. Rutland VT 05701-4039
c/o. Judge Zimmerman

Statement of Jurisdiction.

Civil Action is Being Taken By Plaintiff
in the Above Titled Matter due to
Discrimination of Equal Rights By the US Bill of Rights
Discrimination of Vermont Civil Rules and procedures
Which are constitutional Rights of Freedom of Speech
and Representation of Pro Se. Rights

2.

Provided By the Bill of Rights
Which is Common knowledge
Other actions transmitted By the
Defendants, may lead to Criminal
charges against them.
Supression of Evidence and conversion
charges may Result

Supression of VERMONT Civil Rules
And procedures by the defendants
Resulting in physical damage to the
Plaintiff, as well as the Responsibility
of the defendants to Protect the
interest of Every American Citizen.
in Which failed to do so, with other State
Agencys, as well a Financial damages
Created By the Actions of the defendants
Against the Plaintiff

3.

Statement of Claim.

I Robert E Zorn Residing at 652 South St
File This Statement of Claim against Rutland
County Superior Court, Rutland County, State of
Vermont, Judge Ro. Zimmerman. ET Al

Where By Thru the Action is of
The Court, Employees Judge. Zimmerman.
on April 16th, 2002 (appointed) And or about had hearing
Regarding Court order. Case Docket
50551-00 Red. against Scott Smith.
The Defendants That the Plaintiff Robert E Zorn
has Judgement. Against, AND a court. order which
she Retressed Without notification to Robert E Zorn
of hearing, only after the hearing
The Plaintiff, Judge Zimmerman had hearing
without the PLAINTIFF Being Present. or notifi-
This is Against the Plaintiffs Constitutional
Rights to Due Process, and Released a court
order, whereby the Judge did not allow
The Plaintiff Representation.
ON January, -8th 2002. Robert E Zorn

4

Filed a Motion For Pro Se. Representation. On or about
with the Rutland County Superior Court

Docket. 488-8-01 Rdcv

the. Plaintiff injured himself
and was in severe pain

The. Court filed for A hearing and
gave a few days notice to the Plaintiff

The Plaintiff told the Court of his condition
and was Told to still Appear! This was cruel
and unfair.
On 3/12/02 on about A Motion to Appear

Pro Se. Was denied By Judge Zimmerman
Thus By doing So. The Judge denied the Plaintiff
his Civil Rights, Part of the Bill of Rights
and discriminated against him Due to the Fact the Defendant
                                              MADE A
            While this CASE Proceeded a default

against the defendants, order was applied
And was granted.
By Judge Cohen, The Time limited For

The Appeal had ran out as FAR AS.

        Vermont Civil Rules and procedures.

By Allowing an appeal By the Defendants

5

the. Court would destroy the Plaintiffs
Rights to due process and obstruct Justice.

An other Attorney there was admitted
To the Defendants, however the time
lapse for the Attorney was greater
Than the (Appeal) By the defendant.
Time.
Thus to Further continue
this hearing would be to
obstruct Justice Against the
Plaintiff. on the merits
of Default.

The Defendants Breech of Numerous court
order's and a Fine By the Court
was put in place By the Judge Against
the Defendant. at no time did the
Court take action against the Defendant.
And Failed to Procure the orders.
This violated the Rights of
The Plaintiff's to Vermont Civil
Rules and Procedures and the
Rights to Due Process.

Due to The Nature of This Case a trial
By Jury is necessary
and the Plaintiffs makes this
Demand For Trial By Jury

Questions to The Jury are simple !

1) do you Believe in the Bill of Rights
and the constitutional Rights of Americans
if not They should Not Be Allowed to
Be on the Jury.

2) If any of the people or affiliated
in any way with any members
of the civil Actions or know
of Robert E Bean or any

3) parties in Arbitration they could
Be for or against them and should
not Be allowed as jurors..

Relief of the Plaintiff By the Actions
of the Defendants

1) Since the cases are ongoing, they should Be moved
To U.S. District Court

2) The Plaintiff Seeks all Expenses
That he had For legal Services
Due to negligency of Constitutional
negligence and civil Rights

3) Punitive damages For pain and suffering
due to the negligence of the Court for Reasonable
Amount

4) And Judge and Compensation For all
claims ordered By the Court For each

```
Superior Court                                        County of Rutland

+------------------------------------------------------------------------+
|  Docket No.  488-8-01 Rdcv       Robert Zorn vs Birger Heffemehe et al.|
+------------------------------------------------------------------------+
Case Type:                              Last judge: Richard W. Norton
Case Track:     Not set                 Recused:    None
Case Status:    Active - Pretrial
Court/Jury: Jury Trial
Next Hearing:  Status Conference, Wednesday, 08/14/02, 01:00 PM
========================================================================
                               PARTIES
No. Role Litigant Name                Attorney Name         Telephone
------------------------------------------------------------------------
p# 1  plf  Zorn, Robert                 Dumont, James A.      388-4906
p# 2  def  Heffemehe, Birger aka Birger HAnderson, Karl C.   773-4700
p# 3  def  Mollow, Heberle aka Heberle/HeAnderson, Karl C.   773-4700
p# 4  def  Grayson, Nancy Heverle       Nawrath, W. Michael   362-2310
========================================================================
                              DISPUTES
DsptCase Name                         Disputants    Dispo Date
------------------------------------------------------------------------
1   cmpl Trespass/Injunction             p#1 v p#2
2   cmpl Trespass/Injunction             p#1 v p#3
3   cmpl Trespass/Injunction             p#1 v p#4
========================================================================
              MOTIONS/PETITIONS/REQUESTS FOR RELIEF
No.Type                              Status   Judge   Date
------------------------------------------------------------------------
1  M/for Temporary Restraining Order     granted  WDC   09/07/01
2  M/for contempt hearing                granted  WDC   12/11/01
3  M/to continue contempt hearing        denied   WDC   12/10/01
4  M/to Withdraw as Attorney             granted  WDC   12/11/01
5  M/to appear pro se                    denied   MPZ   03/12/02
6  M/for Default Judgement               wait           01/23/02
7  M/for Reconsideration                 wait           01/25/02
8  M/against motion to reconsider order of co  wait     01/09/02
9  M/for "perjury" against def Heffemehl  wait          01/09/02
10 M/"wreckless endangerment"            wait           02/04/02
========================================================================
08/17/01  Trespass/Injunction case filed by Plaintiff Robert Zorn against
          Defendant Birger Heffemehe aka Birger Heffemehl and Defendant Heberle
          Mollow aka Heberle/Heverle/Hebbi Mollo and Defendant Nancy Heverle
          Grayson. Jury trial requested.
          MPR 1) Motion for Temporary Restraining Order filed by Plaintiff
          Robert Zorn. Motion for Temporary Restraining Order given to
          judge.Documents filed: affidavit; exhibits.
          Entry order re MPR 1) Motion for Temporary Restraining Order.
          M/Reaction Form. granted by RWN.  TRO prohibits (deft) Heffemehe.
          from entering on (pltf) Zorn's land, or contacting Mr. Zorn in any
          way, until a hearing in this matter is held on the mo tion for
          preliminary injunction. RWN.
          Motion Hearing set for 08/22/01 at 01:00 PM.
08/22/01  Motion Hearing held.  MT/TAPE.
          Hearing held at Rutland Family Court. James Dumont, Esq. present for
          pltf. Defts present and pro se.
          Entry Order by Judge Mary Teachout: Defendants agreed to postponement
          of evidentiary hearing on preliminary injunction for two weeks with
          the temporary restraining order remaining in effect. Court to
          schedule two hour hearing.
08/24/01  Other set for 09/07/01 at 09:00 AM.  This matter has been scheduled
          for an evidentiary hearing on petitioner's request for a preliminary
          injunction.  The Court has allotted two hours for this hearing.
08/31/01  Appearance entered by W. Michael Nawrath on behalf of Defendant Nancy
          Heverle Grayson.
09/07/01  Other held.  WDC/TAPE.
```

Parties appeared and submitted stip and order re: preliminary
injunction. J. Dumont, Esq. present with plaintiff. C. Rhodes, Esq.
present for defense and W. Nawrath present for defense. Parties
accept service of order at clerk's office, except for Birger
Heffemehe who was not present for hearing.
Entry order re MPR 1) Motion for Temporary Restraining Order.
Stipulated at Hearing. granted by WDC.  Service complete on party(s)
4: acknowledgement/acceptance. Documents served: Summons & Complaint.
Service complete on party(s) 2: personal service. Documents served:
Summons & Complaint.  Service complete on party(s) 3: personal
service. Documents served: Summons & Complaint.

09/18/01   Service complete on party(s) 2: acknowledgement/acceptance. Documents
served: Order.

09/19/01   Appearance entered by Christopher P. Rhodes on behalf of Defendant
Birger Heffemehe aka Birger Heffemehl.
Answer filed by Attorney Christopher P. Rhodes for Defendant Birger
Heffemehe aka Birger Heffemehl.
Discovery: deft Birger Heffemehl's answer to pltf's complaint.

09/24/01   1 document filed by Attorney James A. Dumont for party 1: affidavit
of Michael McNolty.
Answer filed by Attorney W. Michael Nawrath for Defendant Nancy
Heverle Grayson.

10/02/01   MPR 2) Motion for contempt hearing filed by Plaintiff Robert Zorn.
Motion for contempt hearing is set for hearing.Documents filed:
affidavit of Robert Zorn; attachments, exhibits, maps, photos, etc.

10/15/01   Status Conference set for 11/01/01 at 02:00 PM.

11/01/01   Status Conference held.  WDC/TAPE.
C. Todd recording. J. Dumont, Esq. pres for pltf. C. Rhodes, Esq. and
W. Nawrath, Esq. present for defts. Matter to be set for 2 hour
evidentiary hearing.

11/26/01   Motion Hearing set for 12/10/01 at 09:00 AM.

11/27/01   Motion Hearing scheduled for 12/10/01 corrected.
Motion Hearing set for 12/11/01 at 09:00 AM.

12/05/01   MPR 3) Motion to continue contempt hearing filed by Defendant Birger
Heffemehe aka Birger Heffemehl and Defendant Heberle Mollow aka
Heberle/Heverle/Hebbi Mollo. Motion to continue contempt hearing
waiting for Memo in Opposition.Documents filed: memorandum.
MPR 4) Motion to Withdraw as Attorney filed by Defendant Birger
Heffemehe aka Birger Heffemehl and Defendant Heberle Mollow aka
Heberle/Heverle/Hebbi Mollo. Motion to Withdraw as Attorney waiting
for Memo in Opposition.Documents filed: memo.

12/07/01   Party 1 filed response to MPR 3.

12/10/01   Entry order re MPR 3) Motion to continue contempt hearing.
M/Reaction Form. denied by WDC.  MPR 4 status changed to toset.

12/11/01   Motion Hearing held.  WDC/TAPE.
P. Hogan recording. J. Dumont, Esq. pres for pltf. C. Rhodes, Esq.
pres for deft. Findings on the record. Motion for contempt is
granted. Atty Dumont to submit order.
Entry order re MPR 2) Motion for contempt hearing.  Contested
Hearing. granted by WDC.
Entry order re MPR 4) Motion to Withdraw as Attorney.  Uncontested
Hearing. granted by WDC.
Attorney Christopher P. Rhodes withdraws.

12/13/01   1 document filed by Attorney James A. Dumont for party 1: Proposed
Order per court's request.

12/17/01   Entry Order by Judge William D. Cohen: Order issued. ORDER: The court
awards damages against Mr. Heffermehe to Mr.  Zorn in the amount of
$4,900.00. The court also imposes a fine of $100.00 per day for every
day after 12/19/01, that Mr. Heffermehe has not removed the sand and
gravel as set forth in the Court's order of 9/7/01. Copies to
parties.
Notice sent to Birger Heffemehe and Heberle Mollow regarding
withdrawal of attorney.

01/18/02   MPR 5) Motion to appear pro se filed by Plaintiff Robert Zorn. Motion
to appear pro se waiting for Memo in Opposition.Documents filed:
memorandum; cc: to ATtys Rhodes, Dumont and Nawrath.

```
                    Mr Zorn filed the motion to appear pro se.
01/22/02    Appearance entered by Karl C. Anderson on behalf of Defendant Birger
            Heffemehe aka Birger Heffemehl.
01/23/02    MPR 6) Motion for Default Judgement filed by Plaintiff Robert Zorn.
            Motion for Default Judgement waiting for Memo in Opposition.Documents
            filed: attachments; affidavit of plf Zorn.
            the motion for default was filed by Mr. Zorn "pro se". He was
            informed that we need to receive paperwork from Atty Dumont relative
            to his consent for Mr. Zorn to proceed pro se, or otherwise, le t the
            court decide upon his motion to proceed pro se.
            1 document filed for party : Certificate of Service.
01/25/02    MPR 7) Motion for Reconsideration filed by Defendant Birger Heffemehe
            aka Birger Heffemehl. Motion for Reconsideration waiting for Memo in
            Opposition.Documents filed: motion to reconsider order of contempt;
            affidavit of Birger Heffermehl.
01/28/02    2 documents filed for party : summary of relevant facts and VCRP; (in
            support of default).
01/30/02    Party 1 filed response to MPR 7.
            filed by pltf "pro se".
            MPR 8) Motion against motion to reconsider order of co filed by
            Plaintiff Robert Zorn. Motion against motion to reconsider order of
            co waiting for Memo in Opposition.Documents filed: filed by "pro se"
            pltf Zorn; memorandum; attachments; Certificate of Service.
            MPR 9) Motion for "perjury" against def Heffemehl filed by Plaintiff
            Robert Zorn. Motion for "perjury" against def Heffemehl waiting for
            Memo in Opposition.Documents filed: filed "pro se" by plf Zorn.
01/31/02    2 documents filed for party : affidavit of plf Zorn re motions;
            attached exhibits.
            Appearance entered by Karl C. Anderson on behalf of Defendant Heberle
            Mollow aka Heberle/Heverle/Hebbi Mollo.  Party 2-3 filed response to
            MPR 6.  Party 2-3 filed response to MPR 5.
02/01/02    Party 1 filed response to MPR 7.
02/04/02    MPR 10) Motion "wreckless endangerment" filed by Plaintiff Robert
            Zorn. Motion "wreckless endangerment" waiting for Memo in
            Opposition.Documents filed: exhibits; Certificate of Service;
            affidavit.
02/05/02    1 document filed for party : Plf Demand from Atty Dumont to Produce.
02/08/02    1 document filed for party : affidavit in support of plf's complaint.
            Party 2-3 filed response to MPR 5-10.
02/11/02    letter of correspondence from plf Zorn to attys Nawrath and Anderson
            regarding deposition request, etc.
02/12/02    2 documents filed for party : affidavit of Mark Courcelle; affidavit
            of Robert Zorn.
            Notice to the court from Atty Dumont advising he will be acting as
            co-counsel to plf Zorn and continue to represent him.  Party 1 filed
            response to MPR 7.
02/13/02    1 document filed for party : certif of service of 2/12/02 affidavits.
            File sent to Judge Corsones for decision on pending motions #5,8 and
            9.
02/15/02    File to be set for hearing before Judge Zimmerman per Judge
            McCaffrey.
            Entry order re MPR 5) Motion to appear pro se.  M/Reaction Form. to
            be set for hearing per by FM.
03/06/02    Motion Hearing set for 03/12/02 at 01:00 PM.  This hearing will be
            held at the Rutland Superior Court.
03/11/02    Motion Hearing set for 03/12/02 at 01:00 PM.
03/12/02    Motion Hearing held.  MPZ/TAPE.
            Motion Hearing scheduled for 03/12/02 corrected.
            Video taped hearing. Pltf present. J. Dumont, Esq. present for pltf.
            K. Anderson, ESq. present for deft. W. Nawrath, Esq. not present.
            Pltfs Motion to Appear Pro Se is DENIED.
            Entry order re MPR 5) Motion to appear pro se.  Uncontested Hearing.
            denied by MPZ.
            Court to order transcript of contempt hearing for Judge Zimmerman's
            review.
04/25/02    Case status changed to Active - Pretrial.
```

06/10/02   Waiting to hear from Administrative Judg e re: judge assigment for
           this case.
07/09/02   Status Conference set for 08/14/02 at 01:00 PM.